## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

B.F.,

                Petitioner

      v.

D.F.,

                Respondent

:   No. 381 EAL 2018
:
:
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.